WILLIAM E. GUNBY, Appellant, v. FRANCIS M. ROGERS,
Respondent.

Kansas City Court of Appeals, December 1, 1890.

42 465
58 257

42 465
62 549

42 465
89 478

Appellate Practice : ABSTRACT SHOULD SHOW WHAT. When it is
desired to have the appellate court review the evidence in equity
cases and correct the finding and judgment of the trial court
thereon, the appellant must include in his abstract the evidence
complete bearing on the issues involved.

Appeal from the Clinton Circuit Court.—HON. JAS.
M. SANDUSKY, Judge.

AFFIRMED.

Johnson & Wait, for appellant.

J. Davis, W. Henry and J. Ross, for respondent.

GILL, J.—This is a suit in equity tried before the
circuit court where judgment was rendered for defend-
ant, and plaintiff has appealed. The matter relied upon
for reversal and formally assigned as error is, in words
of counsel, "that the finding and judgment of the court
was against the evidence, and against the law and evi-
dence, and the weight of evidence."

We are unable to determine whether the judgment
of the lower court was correct, since appellant's counsel
have failed to furnish us with an abstract of the evi-
dence. What is denominated "abstract of record" is
nothing but an epitome of the pleadings, with some
general statement of what it is claimed is shown by the
evidence. This will not answer. When it is desired to
have us review the evidence in cases of this nature and
correct the finding and judgment of the circuit court

thereon the appellant must furnish us by his abstract the evidence complete bearing on the issues involved, so that we may give an opinion thereon. *Nichols v. Nichols*, 39 Mo. App. 291 ; *Craig v. Scudder*, 98 Mo. 664. It follows that the judgment of the circuit court must. be affirmed. All concur.